```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                   :
   TAMI ANN ALBANESE,                              :
                                                   :
                          Plaintiff,               :      20-CV-8079 (JMF) (GRJ)
                                                   :
                 -v-                               :      ORDER
                                                   :
   COMMISSIONER OF SOCIAL SECURITY,                :
                                                   :
                          Defendant.               :
------------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

      On February 16, 2022, Plaintiff filed objections to the Amended Report and Recommendation ("R&R") of Magistrate Judge Jones, entered on February 3, 2022.  *See* ECF Nos. 27, 28.  As stated in Magistrate Judge Jones's R&R, *see* ECF No. 28 at 17, Defendant have fourteen days — that is, until **March 2, 2022** — to respond to Plaintiff's objections.  No reply will be permitted absent prior leave of the Court.

      SO ORDERED.

Dated: February 17, 2022  
       New York, New York

                                                       JESSE M. FURMAN  
                                                United States District Judge