**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TAMI ANN ALBANESE,

                Plaintiff,

   -against-                                        20 **CIVIL** 8079 (JMF)

                                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 29, 2022, the Report and Recommendation is ADOPTED in its entirety, Albanese's motion is denied, and the Commissioner's motion is granted; accordingly, the case is closed.

**Dated:** New York, New York

       March 30, 2022

                                                                   **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                               **BY:**

                                                                      **Deputy Clerk**